UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ROBERT MACHADO,
          Plaintiff

v.

          C.A. No. 12-445S

CITY OF CRANSTON AND
COLONEL MARCO PALOMBO, JR.,
IN HIS OFFICIAL CAPACITY AS CHIEF
OF THE CRANSTON POLICE DEPARTMENT,
          Defendants

### DISMISSAL STIPULATION

It is hereby stipulated and agreed by and between plaintiff, Robert Machado, and defendants, City of Cranston and Colonel Marco Palombo, Jr., in his official capacity as Chief of the Cranston Police Department, that this case shall be dismissed with prejudice.

| | |
|---|---|
| Robert Machado | City of Cranston and Colonel Marco Palombo, Jr. in his official capacity as Chief of the Cranston Police Department |
| By his Attorney, | By their Attorneys, |
| _/s/ Thomas W. Lyons_ | _/s/ Christopher M. Rawson_ |
| Thomas W. Lyons    #2946 | Christopher M. Rawson   #5191 |
| Rhode Island Affiliate, | City Solicitor |
| American Civil Liberties Union | Cranston City Hall |
| Strauss, Factor, Laing & Lyons | 869 Park Avenue |
| One Davol Square, Suite 305 | Cranston, RI 02910 |
| Providence, RI 02903 | (401) 780-3133 |
| (401) 456-0700 | (401) 780-3179 fax |
| (401) 421-4730 fax | |

_[signature]_
Joseph V. Cavanagh, III #6907
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 fax

DATED: